# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FELIPE JESUS DELGADO,<br>　　　　Petitioner,<br>　　v.<br>WILLIAM MUNIZ (Warden),<br>　　　　Respondent. | No. SA CV 17-01138-VBF-LAL<br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of the respondent and against petitioner Felipe Jesus Delgado.** IT IS SO ADJUDGED.

Dated: April 8, 2019

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge